```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :   SEALED ORDER
                                   :
            - v. -                 :   S1 18 Cr. 316 (PAC)
                                   :
SHAKUNTALA MAHADEO,                :
       a/k/a "Asha,"               :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, an application has been made by the United States of America, with the consent of the defendant, for the sealing of (a) Superseding Information S1 18 Cr. 316 (PAC), filed on August 21, 2018; (b) the transcript of the defendant's waiver of indictment and change of plea hearing; (c) all docket entries associated with the defendant's waiver of indictment and change of plea hearing, including notifications of docket entries over the ECF system; and (d) the temporary delay of any further docket entries with respect to the defendant in the above-captioned case, including notifications of docket entries over the ECF system; and

WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk and active law enforcement investigations may be compromised if the defendant's application is not granted;

IT IS HEREBY ORDERED that the transcript of the defendant's waiver of indictment proceeding, the Superseding

Information, all docket entries associated with the defendant's waiver of indictment and change of plea hearing, this Order, and the Government's application for this Order, shall be sealed and, if applicable, retracted and withdrawn from the ECF system; and

IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter with respect to the defendant until further order by this Court;

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of the proceedings without further Order of the Court; and

IT IS FINALLY ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:   New York, New York
         August 21, 2018

_____
THE HONORABLE VALERIE E. CAPRONI
~~CHIEF~~ UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK