UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

vs.

SHAKUNTALA MAHADEO
   a/k/a "Asha",

         Defendant.

**SEALED ORDER**

S1 18 Cr. 316 (PAC)

**WHEREAS**, an application has been made by DiLorenzo and Rush, attorneys for defendant Shakuntala Mahadeo and with the consent of Assistant United States Attorney, Tara M. La Morte, for the removal of the defendant's curfew (a) all docket entries associated with the removal of the defendant's curfew, including notifications of docket entries over the ECF system; and (b) the temporary delay of any further docket entries with respect to the defendant in the above-captioned case, including notifications of docket entries over the ECF system; and

**WHEREAS**, the Court finds that the safety of the defendant and others may be placed at risk and active law enforcement investigations may be compromised if the defendant's application is not granted;

**IT IS HEREBY ORDERED** that defendant Shakuntala Mahadeo's curfew shall be removed, effective as of the date of this Order; and

**IT IS HEREBY ORDERED** that this Order, and the Defendant's application for this Order, shall be sealed and, if applicable, retracted and withdrawn from the ECF system; and

**IT IS HEREBY ORDERED** that no docket entries shall be made in the above-captioned matter with respect to the defendant until further order by this Court; and

**IT IS FINALLY ORDERED** that the Government shall report to the Court on or before six moths after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

**SO ORDERED:**

Dated: New York, NY
       November 27, 2018

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES JUDGE
SOUTHERN DISTRICT OF NEW YORK