

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2021

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

12/1/2021

*The control date is June 1, 2022.*

*So ordered.*

*Paul Crotty*
*USDJ*

    Re:    *United States v. Shakuntala Mahadeo*,
           18 Cr. 316 (PAC)

Dear Judge Crotty:

The Government respectfully submits this letter to seek a six-month adjournment of the control date for sentencing in this matter, which is set for December 1, 2021. The defendant's assistance continues to be required in connection with *United States v. Verteouris and Hernandez*, 20 Cr. 79 (RMB), a prosecution involving drug distribution charges. In particular, the matter remains pending, and if it proceeds to trial, the Government expects that it would call the defendant as a cooperating witness. The defendant consents to this request.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

            By: _____
                        Tara M. La Morte/Robert Sobelman/
                        Samuel Rothschild
                        Assistant United States Attorneys
                        (212) 637-1041/2616

cc:    Chris DiLorenzo, Esq.