

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2022

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Shakuntala Mahadeo*, S1 18 Cr. 316 (PAC)

Dear Judge Crotty:

    The Government respectfully submits this letter to request, with the defendant's consent, that the Court reschedule the defendant's sentencing hearing from the current June 1, 2022 control date to a date and time convenient to the Court in late September 2022 or thereafter, at which time the sentencing will be held. In addition, the parties request that the Court direct the Probation Office to prepare a presentence investigation report.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

5/9/2022
Sentencing will occur on September 21, 2022 at 12 noon. A PSI will be ordered.
SO ORDERED.

*Paul A. Crotty*

By: *Robert B. Sobelman*
    Tara La Morte
    Samuel P. Rothschild
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-1041/2504/2616

Cc: Chris DiLorenzo, Esq. (by ECF)