

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2022

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Shakuntala Mahadeo*, S1 18 Cr. 316 (PAC)

Dear Judge Crotty:

      The Government respectfully submits this letter to request, with the defendant's consent, that the Court reschedule the defendant's sentencing hearing from November 15, 2021, to any of the following dates: November 21; November 23 (morning); November 28 (morning); and November 30 (afternoon).  The reason for this request is that I have a surgical procedure scheduled for November 14, which will preclude me from travelling to work until November 16 or 17.  While the Government is prepared to make another prosecutor available for this sentencing proceeding, I was the prosecutor with primary responsibility over the defendant's cooperation, and therefore respectfully request to represent the Government at the defendant's sentencing proceeding.

      Respectfully submitted,

11/8/2022
Sentencing is rescheduled to
November 21, 2022 at 3PM. SO
ORDERED.

*[signature: Paul A. Crotty]*

DAMIAN WILLIAMS
United States Attorney

By:    /s/ *Tara M. La Morte*
      Tara La Morte
      Samuel P. Rothschild
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-1041/2504/2616

Cc: Chris DiLorenzo, Esq. (by ECF)